01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
07                                AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )    CASE NO. MJ 13-252
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )    DETENTION ORDER
11  TYLER J. BRESNAHAN,                     )
                                           )
12          Defendant.                     )
    _____    )

13

14  <u>Offense charged</u>:       Conspiracy to Possess with Intent to Distribute Oxycodone; Carrying a

15  Firearm During and In Relation to a Drug Trafficking Crime

16  <u>Date of Detention Hearing</u>:    May 20, 2013.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably

20  assure the appearance of defendant as required and the safety of other persons and the

21  community.

22  / / /

    DETENTION ORDER
    PAGE -1

01        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02        1.      Defendant has been charged with a drug offense, the maximum penalty of which

03 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05        2.      At the time of arrest, a loaded firearm with a round in the chamber was found in

06 defendant's waistband.   This additional charge adds a potential penalty of a mandatory five

07 years in custody.   The AUSA proffers that defendant made some attempt to flea at the time of

08 arrest.

09        3.      Defendant was not fully forthcoming about his substance abuse history.   He has

10 a history of mental health issues.   His criminal history includes prior non-compliance with

11 supervision.   Since becoming an adult, his criminal record includes a significant percentage of

12 time in custody.

13        4.      Taken as a whole, the record does not effectively rebut the presumption that no

14 condition or combination of conditions will reasonably assure the appearance of the defendant

15 as required and the safety of the community.

16 It is therefore ORDERED:

17    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

18        General for confinement in a correction facility separate, to the extent practicable, from

19        persons awaiting or serving sentences or being held in custody pending appeal;

20    2.  Defendant shall be afforded reasonable opportunity for private consultation with

21        counsel;

22    3.  On order of the United States or on request of an attorney for the Government, the

DETENTION ORDER
PAGE -2

01    person in charge of the corrections facility in which defendant is confined shall deliver

02    the defendant to a United States Marshal for the purpose of an appearance in connection

03    with a court proceeding; and

04    4.    The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05    for the defendant, to the United States Marshal, and to the United State Pretrial Services

06    Officer.

07    DATED this 20th day of May, 2013.

08

09

10    Mary Alice Theiler
      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3